UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
URSZULA L. GEERTGENS,                   :    13 Civ. 5133 (JCF)
                                        :
              Plaintiff,                :
                                        :          O R D E R
     - against -                        :
                                        :
CAROLYN W. COLVIN, Acting               :
Commissioner of Social Security,        :
                                        :
              Defendant.                :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

     Plaintiff having moved for an award of attorney's fees in this case, it is hereby ORDERED that:

     1. Defendant shall answer the motion by January 11, 2016.

     2. Plaintiff shall reply by January 25, 2016.

                                   SO ORDERED.

                                   /s/ James C. Francis IV
                                   JAMES C. FRANCIS IV
                                   UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        December 10, 2015

Copies mailed this date:

Helene M. Greenberg, Esq.
45 Knollwood Road, Fifth Floor
Elmsford, NY 10523

Joseph A. Pantoja, Esq.
Assistant United States Attorney
86 Chambers Street
New York, NY 10007